IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| RAYNELL WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | No. 14-2767-JDT-tmp |
| CITY OF MEMPHIS, et al., | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE
AND
CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH

On February 5, 2015, Magistrate Tu M. Pham issued a report and recommendation on the pro se complaint that was filed in this matter [DE# 8]. Magistrate Judge Pham has recommended the sua sponte dismissal of the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (ii) for failure to state a claim on which relief may be granted and/or lack of subject matter jurisdiction. No timely objections have been filed. Magistrate Judge Pham's report and recommendation is ADOPTED in its entirety, and this matter is hereby DISMISSED.

The court must also consider whether Plaintiff should be allowed to appeal this decision *in forma pauperis*. Pursuant to the Federal Rules of Appellate Procedure, a non-prisoner desiring to proceed on appeal *in forma pauperis* must obtain pauper status under Fed. R. App. P. 24(a). See Callihan v. Schneider, 178 F.3d 800, 803-04 (6th Cir. 1999).

Rule 24(a)(3) provides that if a party was permitted to proceed *in forma pauperis* in the district court, he may also proceed on appeal *in forma pauperis* without further authorization unless the district court "certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis." If the district court denies pauper status, the party may file a motion to proceed *in forma pauperis* in the Court of Appeals. Fed. R. App. P. 24(a)(4)-(5).

The good faith standard is an objective one. Coppedge v. United States, 369 U.S. 438, 445 (1962). The test for whether an appeal is taken in good faith is whether the litigant seeks appellate review of any issue that is not frivolous. Id The same considerations that lead the court to dismiss this case also compel the conclusion that an appeal is not be taken in good faith.

It is CERTIFIED, pursuant to Fed. R. App. P. 24(a), that an appeal in this matter by Plaintiff is not taken in good faith. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED. Accordingly, Plaintiff must pay the full appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.[1]

The clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

---

[1] Unless he is specifically instructed to do so, Plaintiff should not send to this court copies of motions intended for filing in the Sixth Circuit.

s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE